IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GARCIA, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, SAXON MORTGAGE SERVICES, and DOES 1-50 inclusive,<br><br>    Defendant. | 1:08-CV-1879  AWI SMS<br><br>ORDER VACATING JANUARY 26, 2009, HEARING DATE AND MOVING MATTER TO FEBRUARY 2, 2009 |

    Defendant Saxon Mortgage has filed Rule 12(b)(6) Motions to Dismiss and a Motion to Expunge, which are scheduled for hearing on January 26, 2009.  The Court has reviewed its schedule and determined that the January 26, 2009, hearing date must be moved.

    Accordingly, IT IS HEREBY ORDERED that the January 26, 2009, hearing date in the above matter is VACATED and the new hearing date will be on February 2, 2009, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   January 21, 2009                         /s/ Anthony W. Ishii
                                                                     CHIEF UNITED STATES DISTRICT JUDGE