IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GARCIA, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLD REPUBLIC DEFAULT ) <br> MANAGEMENT SERVICES, SAXON ) <br> MORTGAGE SERVICES, and DOES ) <br> 1-50, Inclusive, ) <br> ) <br> Defendants. ) <br> _____) | NO. 1:08-CV-01879 AWI SMS <br><br> ORDER VACATING <br> FEBRUARY 2, 2009 HEARING <br> DATE AND TAKING MATTER <br> UNDER SUBMISSION |

Defendant Saxon Mortgage Services, Inc's motion to expunge notice of pendency of action and motion to dismiss have been set for hearing in this case on February 2, 2009.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 2, 2009, is VACATED, and the parties shall not appear at that time.  As of February 2, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 29, 2009              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE