1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GARCIA, JR., ) | CV F 08-1879 AWI SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER VACATING |
| ) | HEARING DATE OF MARCH |
| OLD REPUBLIC DEFAULT ) | 2, 2009, AND TAKING |
| MANAGEMENT SERVICES, SAXON ) | MATTER UNDER |
| MORTGAGE SERVICES, INC., and ) | SUBMISSION |
| DOES 1 through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   This is an action for damages, injunctive and declaratory relief, rescission and quiet title by plaintiff Ruben Garcia ("Garcia") against defendants Old Republic Default Management Services ("Old Republic"), a default mortgage trustee, and Saxon Mortgage Services, Inc. ("Saxon"), a mortgage servicing company (collectively, "Defendants").  Currently pending before the court are Defendants' motion to dismiss the complaint as to Saxon and a motion to expunge the notice of lis pendens.  Both motions are currently set for hearing on March 2, 2009. The court has reviewed Defendants' motions and has reviewed Defendants reply and notice of non-response by Garcia and finds the motions are suitable for decision without oral argument. Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 2,
2  2009, is VACATED, and no party shall appear at that time.  As of March 2, 2009, the Court will
3  take the matters under submission, and will thereafter issue its decision.

5  IT IS SO ORDERED.

6  **Dated:   February 25, 2009**                    **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE