IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GARCIA, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; SAXON MORTGAGE SERVICES, and DOES 1-50, inclusive,<br><br>    Defendants. | NO. 1:08-CV-01879-AWI-SMS<br><br>ORDER VACATING SEPTEMBER 14, 2009 HEARING DATE AND TAKING MATTERS UNDER SUBMISSION |

    Plaintiff's motion to withdraw as attorney and Defendants' motion to dismiss for lack of prosecution have been set for hearing in this case on September 14, 2009.  The court has reviewed the papers and has determined that these matters are suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 14, 2009, is VACATED, and the parties shall not appear at that time.  As of September 14, 2009, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  September 10, 2009           /s/ Anthony W. Ishii
                                                        CHIEF UNITED STATES DISTRICT JUDGE