LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071-3119
Telephone:   (213) 485-1500
Facsimile:    (213) 485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GARCIA, JR., | CASE NO. CV F 08-1879 AWI SMS |
| Plaintiff, | Honorable Anthony W. Ishii |
| vs. | **ORDER GRANTING SAXON MORTGAGE SERVICES, INC.'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION** |
| OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, SAXON MORTGAGE SERVICES, INC, and DOES 1-50, inclusive, | |
| Defendants. | |

On September 18, 2009, the court dismissed this action.   A Notice of Pendency of Action having been filed in this action pursuant to California Code of Civil Procedure §§ 405.30 and 405.32, the court hereby GRANTS Defendant's Motion to Expunge and ORDERS that the "Notice of Pendency of Action" recorded in the Official Records of Tulare County as Document No. 2008-0076061 on November 14, 2008 in connection with this action shall be immediately expunged.


IT IS SO ORDERED.


**Dated:     September 22, 2009**                       /s/ Anthony W. Ishii

                                                    CHIEF UNITED STATES DISTRICT JUDGE